PRAECIPE FOR WARRANT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 25 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:20cr37-CWR-FKB

CERISSA RENFROE NEAL
(Wherever Found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 25th day of February, 2020.

This the 25th day of February, 2020.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
THEODORE M. COOPERSTEIN
ASSISTANT UNITED STATES ATTORNEY
BAR NO.: 2236487 (NY)

Warrant issued:_____

(TMC/FBI)