AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

**SEALED**

| United States of America | ) |
| v. | ) |
| Cerissa Renfroe Neal | ) |
| (Wherever Found) | ) |
| | ) |
| | ) |

Case No.   3:20-cr-37-CWR-FKB

RECU USMS D43 27FEB'20

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 21 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Cerissa Renfroe Neal ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit securities and commodities fraud, to commit wire fraud and to commit bank fraud, Wire Fraud.
Engaging in monetary transaction/bribery. Bribery involving federal programs

ARTHUR JOHNSTON, CLERK

Date:     02/26/2020

_____
*Issuing officer's signature*

City and state:     Jackson, Mississippi

C. Louisville, Deputy Clerk
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 2/27/20 , and the person was arrested on *(date)* 8/19/20 at *(city and state)* JACKSON, MS
For FBI

Date: 8/19/20

_____
*Arresting officer's signature*

SDUSM J. DAVIS
*Printed name and title* |